UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Jeffrey DICKS, *pro se*, :
:
              Plaintiff, : **ORDER ADOPTING**
: **REPORT AND**
      -against- : **RECOMMENDATION**
:
Superintendent CROWLEY and Acting Senior : 03-CV-4095 (DLI)(LB)
Counselor Mr. GARRETT, of Queensboro :
Correctional Facility, :
:
             Defendants. :
-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Lois Bloom, U.S.M.J. dated February 28, 2005; and

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that this action is dismissed; and it is further hereby

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties. The Clerk of the Court is further directed to close this case.


DATED: Brooklyn, New York
             July 28, 2005

                                          _____/s/_____
                                              DORA L. IRIZARRY
                                          United States District Judge