UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JEFFREY DICKS, *pro se,*

Plaintiff,

-against-

Superintendent CROWLEY and Acting Senior
Counselor Mr. GARRETT, of Queensboro
Correctional Facility,

Defendants.
-------------------------------------------------------------------X

JUDGMENT
03-CV- 4095 (DLI)

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 0 9 2005 ★

BROOKLYN OFFICE

An Order of Honorable Dora L. Irizarry, United States District Judge, having been

filed on July 28, 2005, adopting the Report and Recommendation of Magistrate Judge Lois

Bloom, dated February 28, 2005, dismissing the action; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that

the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that the

action is dismissed.

Dated: Brooklyn, New York
August 01, 2005

ROBERT C. HEINEMANN
Clerk of Court